41 Wedlands
Taunton
Somerset, TA2 7AB
United Kingdom
Tel: 44 1823 339979

26th January 2010



Dear Sirs,

In respect of the enclosed filing, the Plaintiff would respectfully request that Judge Rice, or Magistrate Judge Merz be excluded from any participation in this case or any matters relating to the Plaintiff due to conflict of Interest. Please refer to 6th District Court of Appeals Case Number 09-3591 for verification of this request.

The Plaintiff would also request that as he does not have access to electronic filing, that this case be filed in the traditional way at this time.

Respectfully Submitted

Richard Wilson
Plaintiff.